B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Williams, John T. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Williams, Marilee F.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8670** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1148 67th Street**<br>**Downers Grove, IL**<br>ZIP Code **60516-2848** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1148 67th Street**<br>**Downers Grove, IL**<br>ZIP Code **60516-2848** |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Williams, John T. Jr.** <br> **Williams, Marilee F.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Charles S. Stahl, Jr.          September 15, 2009** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Charles S. Stahl, Jr. 2699915** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Williams, John T. Jr.** |
| | **Williams, Marilee F.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** __/s/ John T. Williams, Jr.__
Signature of Debtor   **John T. Williams, Jr.**

**X** __/s/ Marilee F. Williams__
Signature of Joint Debtor **Marilee F. Williams**

_____
Telephone Number (If not represented by attorney)

**September 15, 2009**
Date

### Signature of Attorney*

**X** __/s/ Charles S. Stahl, Jr.__
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Swanson Martin & Bell LLP**
Firm Name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**

_____
Address

**Email: cstahl@smbtrials.com**
**630-799-6900  Fax: 630-799-6901**
Telephone Number

**September 15, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John T. Williams, Jr.**
       **Marilee F. Williams**                Case No. _____

                                             Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John T. Williams, Jr.**
**John T. Williams, Jr.**

Date:   **September 15, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **John T. Williams, Jr.**
      **Marilee F. Williams**

                              Debtor(s)

Case No.
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Marilee F. Williams**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                             **Marilee F. Williams**

Date:   **September 15, 2009**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John T. Williams, Jr.,**
        **Marilee F. Williams**
                                      Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 181,557.77 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 427,422.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | 4,425,273.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,162.95 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,716.65 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| Total Assets | | | 181,557.77 | | |
| Total Liabilities | | | | 4,852,696.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John T. Williams, Jr.,**
**Marilee F. Williams**

Case No. _____

_____,

Debtors    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re  **John T. Williams, Jr.,**                                                Case No. _____
       **Marilee F. Williams**
                                                                                    ,
                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 1148 67th Street, Downers Grove IL** | **Fee simple** | **J** | **Unknown** | **320,648.32** |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re     **John T. Williams, Jr.,**                                          Case No. _____
          **Marilee F. Williams**
                                                                    ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #212194112, Citigold Services** | - | 2,160.73 |
| | | **Savings account #901916059, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | J | 505.09 |
| | | **Savings account #903693697, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | J | 556.50 |
| | | **Savings account #54900001699, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | J | 765.69 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous used furniture and furnishings Location: 1148 67th Street, Downers Grove IL** | J | 600.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, inexpensive artwork and family pictures Location: 1148 67th Street, Downers Grove IL** | J | 400.00 |
| 6.  Wearing apparel. | | **Miscellaneous business and casual wearing apparel Location: 1148 67th Street, Downers Grove IL** | J | 500.00 |
| 7.  Furs and jewelry. | | **Two watches, wedding band and miscellaneous items of inexpensive costume jewelry Location: 1148 67th Street, Downers Grove IL** | J | 750.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          **6,288.01**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
    **Marilee F. Williams**

Case No. _____

                               Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy #1003153264, Ameritas Life Insurance Corp., P.O. Box 81889, Lincoln, NE 68501-1889** | **H** | **0.00** |
| | | **Term life insurance policy, Farmer's Insurance Company** | **W** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA account #6022266712, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **W** | **16,747.38** |
| | | **IRA account #6022266755, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **H** | **5,367.45** |
| | | **Smith Barney IRA account #58G-06760-11, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **W** | **81,506.85** |
| | | **Roth IRA account #58G-06772-17, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **W** | **7,709.84** |
| | | **Smith Barney IRA account #58G-06761-10, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **H** | **63,613.24** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **33% of the issued and outstanding common stock of Remare Transportation Corp., a defunct corporation** | **H** | **0.00** |
| | | **33% of the issued and outstanding common stock of RMR Holdings, LLC, a defunct corporation** | **H** | **0.00** |
| | | **33% of the issued and outstanding common stock of NBCCAT Corporation, a defunct corporation** | **H** | **0.00** |
| | | **33% of the issued and outstanding common stock of RTC Acquisitions Company, LLC, a defunct corporation** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >      **174,944.76**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **John T. Williams, Jr.,**    Case No. _____

         **Marilee F. Williams**

_____ ,

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **John T. Williams, Jr.,**                     Case No. _____
       **Marilee F. Williams**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Old computer and printer**<br>**Location: 1148 67th Street, Downers Grove IL** | J | 125.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Miscellaneous tools for household maintenance**<br>**Location: 1148 67th Street, Downers Grove IL** | H | 200.00 |

| | | |
|---|---|---|
| Sub-Total ><br>(Total of this page) | | **325.00** |
| Total > | | **181,557.77** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re      **John T. Williams, Jr.,**                                              Case No. _____
            **Marilee F. Williams**

_____,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account #212194112, Citigold Services** | **735 ILCS 5/12-1001(b)** | **2,160.73** | **2,160.73** |
| **Savings account #901916059, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-1001(b)** | **505.09** | **505.09** |
| **Savings account #903693697, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-1001(b)** | **556.50** | **556.50** |
| **Savings account #54900001699, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-1001(b)** | **765.69** | **765.69** |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous used furniture and furnishings Location: 1148 67th Street, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous books, inexpensive artwork and family pictures Location: 1148 67th Street, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous business and casual wearing apparel Location: 1148 67th Street, Downers Grove IL** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Two watches, wedding band and miscellaneous items of inexpensive costume jewelry Location: 1148 67th Street, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA account #6022266712, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-704** | **16,747.38** | **16,747.38** |
| **IRA account #6022266755, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-704** | **5,367.45** | **5,367.45** |
| **Smith Barney IRA account #58G-06760-11, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-704** | **81,506.85** | **81,506.85** |
| **Roth IRA account #58G-06772-17, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-704** | **7,709.84** | **7,709.84** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re      **John T. Williams, Jr.,**                                    Case No. _____
           **Marilee F. Williams**

                                              Debtors                    ,

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Smith Barney IRA account #58G-06761-10, Citigold Services, P.O. Box 769007, San Antonio, TX 78245** | **735 ILCS 5/12-704** | **63,613.24** | **63,613.24** |
| **Office Equipment, Furnishings and Supplies** **Old computer and printer** **Location: 1148 67th Street, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **125.00** | **125.00** |
| **Other Personal Property of Any Kind Not Already Listed** **Miscellaneous tools for household maintenance** **Location: 1148 67th Street, Downers Grove IL** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |

|  | Total: | **181,557.77** | **181,557.77** |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re  **John T. Williams, Jr.,**                                                                Case No. _____
   **Marilee F. Williams**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx48.32** <br><br> **CitiMortgage, Inc.** <br> **P.O. Box 9438** <br> **Gaithersburg, MD 20898-9438** | | J | **First Mortgage** <br><br> **Location: 1148 67th Street, Downers Grove IL** <br><br><br> Value $          **Unknown** | | | | **320,648.32** | **Unknown** |
| Account No. **xxx0300** <br><br> **Illinois Department of Revenue** <br> **Lien Unit** <br> **P.O. Box 19035** <br> **Springfield, IL 62794-9035** | | H | **2008** <br><br> **Statutory Lien** <br><br><br> Value $          **0.00** | | | | **106,773.92** | **106,773.92** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal <br> (Total of this page) | **427,422.24** | **106,773.92** |
| | Total <br> (Report on Summary of Schedules) | **427,422.24** | **106,773.92** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **John T. Williams, Jr.,**                                        Case No. _____
    **Marilee F. Williams**
_____,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **John T. Williams, Jr.,**
       **Marilee F. Williams**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**A&S Steel Slecialties, Inc.** <br>**1001 Clinton Street** <br>**P.O. Box 97** <br>**Lockport, IL 60441** | | H | **For informational purposes-corporate obligation** | | | | 5,202.00 |
| Account No. <br><br>**Adelphi Capital, LLC** <br>**1054 31st Street NW** <br>**Suite 306** <br>**Washington, DC 20007** | | H | **For informational purposes-corporate obligation** | | | | 2,104.00 |
| Account No. <br><br>**ADT Security Systems** <br>**1151 Southpoint Circle** <br>**Suite E** <br>**Valparaiso, IN 46385** | | H | **For informational purposes-corporate obligation** | | | | 82.00 |
| Account No. <br><br>**Advanced Trailer Sales & Service** <br>**2101 East Charter Way** <br>**Stockton, CA 95205** | | H | **For informational purposes-corporate obligation** | | | | 1,048.00 |

__40__  continuation sheets attached

Subtotal
(Total of this page)         8,436.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:34284-090630   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
     **Marilee F. Williams**                                    Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Aeropure Water** **4203 Coronado Avenue** **Suite 2** **Stockton, CA 95204** | | H | | | | | | | 16.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Ajax Waste Services** **P.O. Box 2102** **Joliet, IL 60434** | | H | | | | | | | 140.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Albert Moore, Jr.** **d/b/a AFM PRop.** **7667 W. 95th Street, #101** **Hickory Hills, IL 60457** | X | H | | | | | | | 39,446.40 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Allegiance Telecom, Inc.** **9101 N. Central Expressway** **Box 100** **Dallas, TX 75231** | | H | | | | | | | 794.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Ameren UE** **P.O. Box 66886** **Saint Louis, MO 63166** | | H | | | | | | | 1,501.00 |

Sheet no. __1___ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,897.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John T. Williams, Jr.,**
     **Marilee F. Williams**                                    Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**American Industrial**<br>**2221 West Oakdale Avenue**<br>**Chicago, IL 60618** | | H | | **For informational purposes-corporate obligation** | | | | 245.00 |
| Account No. <br><br>**Ancra International**<br>**4880 West Rose Crans**<br>**Hawthorne, CA 90250** | | H | | **For informational purposes-corporate obligation** | | | | 5,772.00 |
| Account No. <br><br>**AT&T**<br>**P.O. Box 9001310**<br>**Louisville, KY 40290-1313** | | H | | **For informational purposes-corporate obligation** | | | | 45.00 |
| Account No. <br><br>**Aurora Parts & Accessories**<br>**P.O. Box 90399**<br>**Chicago, IL 60696-0399** | | H | | **For informational purposes-corporate obligation** | | | | 4,387.00 |
| Account No. <br><br>**Avaya**<br>**P.O. Box 73061**<br>**Chicago, IL 60673-3061** | | H | | **For informational purposes-corporate obligation** | | | | 166.00 |

Sheet no. __2__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,615.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
**Marilee F. Williams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Avaya, Inc.**<br>**P.O. Box 5125**<br>**Carol Stream, IL 60197-5125** | | H | For informational purposes-corporate obligation | | | | 40.00 |
| Account No. **xxxx-xxxx-xxxx-8784**<br><br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5019** | | H | Various<br>Credit card purchases | | | | 28,565.53 |
| Account No. **xxxx-xxxx-xxxx-5979**<br><br>**Bank of America**<br>**P.O. Box 628**<br>**Buffalo, NY 14240-0628** | | W | Various<br>Credit card purchases | | | | 16,078.10 |
| Account No. **xxxx-xxxx-xxxx-6905**<br><br>**Bank of America**<br>**FIA Card Services** | | W | | | | | 0.00 |
| Account No.<br><br>**Bay City Leasing**<br>**P.O. Box 74699**<br>**Chicago, IL 60675-4699** | | H | For informational purposes-corporate obligation | | | | 22,692.00 |

Sheet no. __3__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,375.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John T. Williams, Jr.,**
    **Marilee F. Williams**
                                              ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Bay Tree Finance Co.**<br>**9 Market Square Court**<br>**P.O. Box 230**<br>**Lake Forest, IL 60045-0230** | | H | | | **For informational purposes-corporate obligation** | | | | 290,822.00 |
| Account No. <br><br>**Bette's Legs, Inc.**<br>**892 Country Club Lane**<br>**Waterloo, IL 62298** | | H | | | **For informational purposes-corporate obligation** | | | | 570.00 |
| Account No. <br><br>**Bluecross/Blueshield Illinois**<br>**Healthcare Service Corp.**<br>**P.O. Box 1186**<br>**Chicago, IL 60690-1186** | | H | | | **For informational purposes-corporate obligation** | | | | 25,629.00 |
| Account No. <br><br>**Buffers USA, Inc.**<br>**P.O. Box 351581**<br>**Jacksonville, FL 32235-1581** | | H | | | **For informational purposes-corporate obligation** | | | | 13,124.00 |
| Account No. <br><br>**Cal. Labor Law Poster Service**<br>**422 Elmwood Drive**<br>**#14**<br>**Lansing, MI 48917-2460** | | H | | | **For informational purposes-corporate obligation** | | | | 98.00 |

Sheet no. __4__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

330,243.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**  
    **Marilee F. Williams**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Canon**<br>**P.O. Box 514637**<br>**Los Angeles, CA 90051-4637** | | H | | For informational purposes-corporate obligation | | | | 4,046.00 |
| Account No. **xxxx-xxxx-xxxx-5951**<br><br>**Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492** | X | H | | Various<br>Guarantor-corporate obligation | | | | 2,732.15 |
| Account No.<br><br>**Cardlock Fuels**<br>**P.O. Box 14014**<br>**Orange, CA 92863-4014** | | H | | For informational purposes-corporate obligation | | | | 9,222.00 |
| Account No. **xxxxxxxxxxxx1378**<br><br>**Chase**<br>**P.O. Box 15325**<br>**Wilmington, DE 19886-5325** | | H | | Various<br>Credit card purchases | | | | 563.74 |
| Account No. **xxxx-xxxx-xxxx-2374**<br><br>**Chase**<br>**301 North Walnut Street**<br>**Wilmington, DE 19801** | | H | | Various<br>Credit card purchases | | | | 44,879.19 |

Sheet no. __5__ of __40__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

61,443.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
**Marilee F. Williams**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1226** <br><br> **Chase Bank USA, N.A.** <br>**P.O. Box 15153** <br>**Wilmington, DE 19886-5153** | | H | **Various** <br>**Credit card purchases** | | | | 15,892.03 |
| Account No. <br><br> **Chicago Bandag, Inc.** <br>**425 Fenton Lane** <br>**West Chicago, IL 60185** | | H | **For informational purposes-corporate obligation** | | | | 44,080.00 |
| Account No. <br><br> **Chicago Dept. of Revenue** <br>**121 N. LaSalle, Room 107** <br>**Chicago, IL 60602** | | H | **For informational purposes-corporate obligation** | | | | 826.00 |
| Account No. <br><br> **Chicago Tire** <br>**16001 South Van Drunen Road** <br>**South Holland, IL 60473** | | H | **For informational purposes-corporate obligation** | | | | 15,907.00 |
| Account No. <br><br> **Chicagoland Truck Parts** <br>**4657 West 47th Street** <br>**Chicago, IL 60632** | | H | **For informational purposes-corporate obligation** | | | | 681.00 |

Sheet no. __**6**___ of __**40**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,386.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **John T. Williams, Jr.,**
      **Marilee F. Williams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cintas Corporation**<br>**1877 Industrial Drive**<br>**Stockton, CA 95206** | | H | | **For informational purposes-corporate obligation** | | | | 5,109.00 |
| Account No.<br><br>**Cintas Corporation**<br>**6200Olive Boulevard**<br>**University City, MO 63130** | | H | | **For informational purposes-corporate obligation** | | | | 645.00 |
| Account No.<br><br>**Cintas Corporation**<br>**P.O. Box 5**<br>**Bedford Park, IL 60499-0005** | | H | | **Guarantor-corporate obligation** | | | | 1,251.00 |
| Account No. **xxxx-xxxx-xxxx-1587**<br><br>**Citibank South Dakota N.A.**<br>**P.O. Box 688915**<br>**Des Moines, IA 50363** | | H | | **Various**<br>**Credit card purchases** | | | | 11,500.86 |
| Account No.<br><br>**City International Truck, Inc.**<br>**4655 South Central Avenue**<br>**Chicago, IL 60638** | | H | | **For informational purposes-corporate obligation** | | | | 22,720.00 |

Sheet no. __7__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 41,225.86 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
       **Marilee F. Williams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| City of Chicago Dept. Revenue P.O. Box 88298 Chicago, IL 60680-1298 | | H | | | | | | 30.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Clutch & Brake Xchange P.O. Box 8401 Stockton, CA 95208 | | H | | | | | | 1,333.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| CMF Service, Inc. 10301 South Tripp Avenue Oak Lawn, IL 60453 | | H | | | | | | 3,912.00 |
| Account No. xx-xxxxxx-xxxxxxxxxxxx17-00 | | | | Utility services | | | | |
| Comcast P.O. Box 3002 Southeastern, PA 19398-3002 | | H | | | | | | 218.99 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Cox, Hodgman & Giarmasrco 101 West Big Beaver Road 10th Floor Columbia Center Troy, MI 48084-5280 | | H | | | | | | 3,753.00 |

Sheet no. __8__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,246.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
         **Marilee F. Williams**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Crosstown**<br>**5212 South Archer Aveue**<br>**Chicago, IL 60632** | | H | | | **For informational purposes-corporate obligation** | | | | 580.00 |
| Account No.<br><br>**Custom Global Logistics**<br>**36968 Eagle Way**<br>**Chicago, IL 60678-1369** | | H | | | **For informational purposes-corporate obligation** | | | | 1,150.00 |
| Account No.<br><br>**Custom Transport, Inc.**<br>**P.O. Box 94338**<br>**Chicago, IL 60678-4338** | | H | | | **For informational purposes-corporate obligation** | | | | 498.00 |
| Account No.<br><br>**Dameron Hospital**<br>**525 West Acacia Street**<br>**Stockton, CA 95003** | | H | | | **For informational purposes-corporate obligation** | | | | 348.00 |
| Account No.<br><br>**Delta Dental**<br>**Client Services-South**<br>**P.O. Box 44460**<br>**Hickory Hills, IL 60457** | | H | | | **For informational purposes-corporate obligation** | | | | 5,778.00 |

Sheet no. __9___ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,354.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
**Marilee F. Williams**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Delta Mark**<br>**11 Shoshoni Way**<br>**Branchburg, NJ 08876** | | H | For informational purposes-corporate obligation | | | | 1,885.00 |
| Account No.<br><br>**Delta Protective Services**<br>**709 North Center Street**<br>**Suite J**<br>**Stockton, CA 95202** | | H | For informational purposes-corporate obligation | | | | 4,416.00 |
| Account No.<br><br>**Des Plaines Office Equipment**<br>**1020 Bonaventure Drive**<br>**Elk Grove Village, IL 60007** | | H | For informational purposes-corporate obligation | | | | 17,352.00 |
| Account No.<br><br>**Distinctive Business Products**<br>**P.O. Box 5940**<br>**Lockbox #20-COE 001**<br>**Carol Stream, IL 60197-5940** | | H | For informational purposes-corporate obligation | | | | 266.00 |
| Account No.<br><br>**Douglas Truck Parts**<br>**1640 South State Street**<br>**Chicago, IL 60616-1214** | | H | For informational purposes-corporate obligation | | | | 1,868.00 |

Sheet no. __10__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,787.00

B6F (Official Form 6F) (12/07) - Cont.

In re **John T. Williams, Jr.,**                                   Case No. _____
        **Marilee F. Williams**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Wxxxxx9942**<br><br>**DuPage Emg. Phy. Conv. Care**<br>**c/o Medical Business Bureau, LLC**<br>**1175 Devin Drive, Suite 173**<br>**Norton Shores, MI 49441** | | W | | | **Medical services** | | | | 383.00 |
| Account No.<br><br>**East Penn**<br>**2427 Braga Drive**<br>**Broadview, IL 60155-3941** | | H | | | **For informational purposes-corporate obligation** | | | | 1,905.00 |
| Account No.<br><br>**Endodontic & Periodontic Assoc.**<br>**14640 South John Humphrey Drive**<br>**Suite 203**<br>**Orland Park, IL 60462** | | H | | | **For informational purposes-corporate obligation** | | | | 459.14 |
| Account No.<br><br>**Erkert Bros.**<br>**8327 South Chicago Avenue**<br>**Chicago, IL 60617** | | H | | | **For informational purposes-corporate obligation** | | | | 691.00 |
| Account No.<br><br>**Fastenal**<br>**P.O. Box 978**<br>**Winona, MN 55987-0978** | | H | | | **For informational purposes-corporate obligation** | | | | 690.00 |

Sheet no. __11__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                            (Total of this page)      **4,128.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
       **Marilee F. Williams**

Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fedex Freight East**<br>**4103 Collection Center Drive**<br>**Chicago, IL 60693** | | H | **For informational purposes-corporate obligation** | | | | 157.00 |
| Account No.<br><br>**Fleet Engineers**<br>**1800 East Keating Avenue**<br>**Muskegon, MI 49442** | | H | **For informational purposes-corporate obligation** | | | | 4,786.00 |
| Account No.<br><br>**Fleet Pride**<br>**P.O. Box 847118**<br>**Dallas, TX 75284-7118** | | H | **For informational purposes-corporate obligation** | | | | 12,838.00 |
| Account No.<br><br>**Fleetcor Technologies**<br>**P.O. Box 11407**<br>**Birmingham, AL 35246-0980** | | H | **For informational purposes-corporate obligation** | | | | 5,901.00 |
| Account No.<br><br>**Forest View Properties, LLC**<br>**Malet Realty, Ltd.**<br>**900 West Jackson**<br>**Chicago, IL 60607** | | H | **For informational purposes-corporate obligation** | | | | 37,199.00 |

Sheet no. __12__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,881.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
         **Marilee F. Williams**                                                    Case No. _____

                                                            Debtor(s),
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Freeway Ford**<br>**8445 West 45th Street**<br>**Lyons, IL 60534** | | H | | | For informational purposes-corporate obligation | | | | 101.00 |
| Account No.<br><br>**Gallo Equipment**<br>**11835 South Avenue O**<br>**Chicago, IL 60617** | | H | | | For informational purposes-corporate obligation | | | | 1,716.00 |
| Account No. xxxxxxxxxxxx8719<br><br>**GE  Money**<br>**P.O. Box 960061**<br>**Orlando, FL 32896-0061** | | H | | | Various<br>Credit card purchases | | | | 2,870.62 |
| Account No. xxxxxxxx8097<br><br>**GE Money Bank/Men's Warehouse**<br>**P.O. Box 530942**<br>**Atlanta, GA 30353-0942** | | H | | | Various<br>Credit card purchases | | | | 1,260.00 |
| Account No.<br><br>**Globetech**<br>**2700 Needmore Road**<br>**Dayton, OH 45414** | | H | | | For informational purposes-corporate obligation | | | | 4,658.00 |

Sheet no. __13__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,605.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**    Case No. _____
         **Marilee F. Williams**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Golden Eagle Spotting** <br> **P.O. Box 931** <br> **Hannibal, MO 63401-9553** | | H | | For informational purposes-corporate obligation | | | | 3,000.00 |
| Account No. <br><br> **Gordon Bros.** <br> **1340 West 43rd Street** <br> **Chicago, IL 60609** | | H | | For informational purposes-corporate obligation | | | | 4,758.00 |
| Account No. <br><br> **Grainger Industrial Supply** <br> **6450 South Austin** <br> **Chicago, IL 60638** | | H | | For informational purposes-corporate obligation | | | | 392.00 |
| Account No. <br><br> **Graphics 2000, Inc.** <br> **210 West 22nd Street** <br> **#126** <br> **Oak Brook, IL 60523** | | H | | For informational purposes-corporate obligation | | | | 455.00 |
| Account No. <br><br> **Harbor America Brokerage, Ltd.** <br> **905 North Carlyle Lane** <br> **Arlington Heights, IL 60004** | X | H | | For informational purposes-corporate obligation | | | | 89,819.00 |

Sheet no. __14__ of __40__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)     **98,424.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
    **Marilee F. Williams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harbor America Brokerage, Ltd.**<br>**16017 North Florida Avenue**<br>**Lutz, FL 33549** | | H | **For informational purposes-corporate obligation** | | | | 81,772.00 |
| Account No.<br><br>**Hartney Fuel Oil Co.**<br>**c/o Mark J. Rose**<br>**200 West Adams Street, Suite 2850**<br>**Chicago, IL 60606** | X | H | **For informational purposes-corporate obligation** | | | | 205,999.00 |
| Account No.<br><br>**HD Distribution Co.**<br>**2600 Industrial Boulevard**<br>**West Sacramento, CA 95691** | | H | **For informational purposes-corporate obligation** | | | | 654.72 |
| Account No.<br><br>**Holland & Knight**<br>**131 South Dearborn Street**<br>**30th Floor**<br>**Chicago, IL 60603** | | H | **For informational purposes-corporate obligation** | | | | 68,260.00 |
| Account No.<br><br>**Home Depot**<br>**P.O. Box 9903**<br>**Macon, GA 31297-9903** | | H | **For informational purposes-corporate obligation** | | | | 7,111.00 |

Sheet no. __**15**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

363,796.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**                                    Case No. _____
       **Marilee F. Williams**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Home Depot-CA P.O. Box 6029 The Lakes, NV 88901** | | H | | | | | 1,100.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Horizon Distributors, inc. 1890 Chrysler Drive Belvidere, IL 61008** | | H | | | | | 341.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Huck Bouma, et al. 1755 South Naperville Road Suite 200 Wheaton, IL 60187** | | H | | | | | 2,226.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Ice Mountain P.O. Box 52214 Phoenix, AZ 85072-2214** | | H | | | | | 280.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Idealease of Stockton, Inc. P.O. Box 6579 Stockton, CA 95206** | | H | | | | | 7,273.00 |

Sheet no. __16__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **11,220.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John T. Williams, Jr.,**
      **Marilee F. Williams**                              Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IKON Office Solutions**<br>**Central District**<br>**P.O. Box 802566**<br>**Chicago, IL 60680-2566** | | H | **For informational purposes-corporate obligation** | | | | 470.00 |
| Account No.<br><br>**Illiana Disposal & Recycling**<br>**P.O. Box 848**<br>**Crown Point, IN 46308-0848** | | H | **For informational purposes-corporate obligation** | | | | 129.00 |
| Account No.<br><br>**Illinois American Water**<br>**P.O. Box 2569**<br>**Decatur, IL 62525-2569** | | H | **For informational purposes-corporate obligation** | | | | 15.00 |
| Account No.<br><br>**Illinois Dept of Revenue**<br>**Retailers Occupation Tax**<br>**Springfield, IL 62796-0001** | | H | **For informational purposes-corporate obligation** | | | | 77,019.00 |
| Account No.<br><br>**Initial Security**<br>**P.O. Box 4653**<br>**Hinsdale, IL 60522-4653** | | H | **For informational purposes-corporate obligation** | | | | 32,966.00 |

Sheet no. **_17_** of **_40_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                            (Total of this page)      110,599.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
       **Marilee F. Williams**
                                                                    Case No. _____

                                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Interstate Battery of Chicago 16220 Crawford Tinley Park, IL 60478** | | H | | | | | | 526.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **IOS Capital P.O. Box 650016 Dallas, TX 75265-0016** | | H | | | | | | 605.00 |
| Account No. **xxxx-xxxx-xxxx-9817** | | | | Various Credit card purchases | | | | |
| **J.C. Penney Mastercard P.O. Box 960090 Orlando, FL 32896-0090** | | W | | | | | | 11,641.41 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **James Fiala c/o Tressler Soderstrom, et al. 233 S. Wacker Drive, 22nd Floor Chicago, IL 60606** | X | H | | | | | | 38,400.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Jani King of Illinois, inc. 1701 East Woodfield Road #1100 Schaumburg, IL 60173-5131** | | H | | | | | | 1,869.00 |

Sheet no. __18__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                           (Total of this page)            53,041.41

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
    **Marilee F. Williams**
                                         ,
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Jiffy Lube**<br>**AFMS P.O. Box 1610**<br>**Ellicott City, MD 21041-1610** | | H | | **For informational purposes-corporate obligation** | | | | 173.00 |
| Account No.<br><br>**Johnson Electric**<br>**405 West Manila Road**<br>**Lathrop, CA 95330** | | H | | **For informational purposes-corporate obligation** | | | | 517.00 |
| Account No.<br><br>**Jordan Promotions**<br>**16520 Churchview Drive**<br>**Orland Park, IL 60467** | | H | | **For informational purposes-corporate obligation** | | | | 1,131.00 |
| Account No.<br><br>**Kaiser Foundation Health Plan**<br>**P.O. Box 60000**<br>**San Francisco, CA 94160-3030** | | H | | **For informational purposes-corporate obligation** | | | | 23,000.00 |
| Account No. **xxxxxx1172**<br><br>**Kohl's**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201-2983** | | W | | **Various**<br>**Credit card purchases** | | | | 2,430.33 |

| Sheet no. __19__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 27,251.33 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
         **Marilee F. Williams**
                                                                                              Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kragen Auto Parts/CSK Auto** <br>**75 Remittance Drive** <br>**Suite 1571** <br>**Chicago, IL 60675-1571** | | H | **For informational purposes-corporate obligation** | | | | 186.00 |
| Account No. <br><br>**Kusper & Raucci** <br>**30 North LaSalle Street** <br>**Suite 2400** <br>**Chicago, IL 60602** | | H | **For informational purposes-corporate obligation** | | | | 10,500.00 |
| Account No. <br><br>**Kwik Lok Company** <br>**7340 Dorr Street** <br>**Toledo, OH 43615** | | H | **For informational purposes-corporate obligation** | | | | 35,201.00 |
| Account No. <br><br>**L.A. Fasteners** <br>**P.O. Box 1048** <br>**Saint Charles, IL 60174-7048** | | H | **For informational purposes-corporate obligation** | | | | 47,489.00 |
| Account No. <br><br>**Lesco Design & Manufacturing** <br>**Section 311** <br>**Louisville, KY 40289** | | H | **For informational purposes-corporate obligation** | | | | 247.00 |

Sheet no. __20__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,623.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
         **Marilee F. Williams**

                                                                    Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No.<br><br>**Liberty Sales and Leasing LLC**<br>**3111 West 167th Street**<br>**Hazel Crest, IL 60429** | | H | | **For informational purposes-corporate obligation** | | | | 20,420.00 |
| Account No.<br><br>**Local No. 701 Pension Funds**<br>**500 West Plainfield Avenue**<br>**Countryside, IL 60525** | | H | | **For informational purposes-corporate obligation** | | | | 75,000.00 |
| Account No.<br><br>**LTT Trailers, Inc.**<br>**Lupep's Truck and Trailer**<br>**P.O. Box 1400**<br>**Ceres, CA 95307** | | H | | **For informational purposes-corporate obligation** | | | | 517.00 |
| Account No.<br><br>**MacNeal Occ Health Service**<br>**135 South LaSalle Street**<br>**Dept. 2393**<br>**Chicago, IL 60674-2393** | | H | | **For informational purposes-corporate obligation** | | | | 1,742.00 |
| Account No. **xxxxxxxx4500**<br><br>**Macy's**<br>**111 Boulder Industrial Drive**<br>**Bridgeton, MO 63044** | | H | | **Various**<br>**Credit card purchases** | | | | 1,183.14 |

Sheet no. __21__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**98,862.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John T. Williams, Jr.,**            Case No. _____
        **Marilee F. Williams**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5720** <br><br> **Macy's** <br> **P.O. Box 689195** <br> **Des Moines, IA 50368-9195** | | H | **Various** <br> **Credit card purchases** | | | | **704.16** |
| Account No. **xxxxxxxx5720** <br><br> **Macy's** <br> **P.O. Box 689195** <br> **Des Moines, IA 50368-9095** | | W | **Credit card purchases** | | | | **704.16** |
| Account No. <br><br> **Mandal Truck & Trailer** <br> **P.O. Box 116** <br> **Lathrop, CA 95330** | | H | **For informational purposes-corporate obligation** | | | | **30.00** |
| Account No. <br><br> **Manus Products, Inc.** <br> **866 Industrial Boulevard West** <br> **Waconia, MN 55387** | | H | **For informational purposes-corporate obligation** | | | | **530.00** |
| Account No. <br><br> **McGriff Intermodal** <br> **P.O. Box 1148** <br> **Cullman, AL 35056-1148** | | H | **For informational purposes-corporate obligation** | | | | **32,480.00** |

Sheet no. __**22**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,448.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
       **Marilee F. Williams**
                                                            Case No. _____
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x B xx9961**  **MCI Neighborhood** **Denver, CO 80217-0890** | | J | | | | | 400.00 |
| Account No.  **McLeod USA** **P.O. Box 3243** **Milwaukee, WI 53201-3243** | | H | For informational purposes-corporate obligation | | | | 699.00 |
| Account No.  **Metlife** **P.O. Box 804466** **Kansas City, MO 64180** | | H | For informational purposes-corporate obligation | | | | 2,533.00 |
| Account No.  **Metro Water Reclamation District** **Treaurer's Office** **100 East Erie Street** **Chicago, IL 60611** | | H | For informational purposes-corporate obligation | | | | 362,278.00 |
| Account No. **xxxxxx2373**  **Metropolitan Life Insurance Company** **Group Dental Claims** **P.O. Box 981282** **El Paso, TX 79998-1282** | | H | Medical services | | | | 98.40 |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    366,008.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
**Marilee F. Williams**
_____,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Michael & Maribeth Sleepeck** <br>**1602 Burr Ridge Club Drive** <br>**Burr Ridge, IL 60527** | | H | **For informational purposes-corporate obligation** | | | | 200,000.00 |
| Account No. <br><br>**Michael Cernauske** <br>**143 Avon Road** <br>**Elmhurst, IL 60126** | | H | **For informational purposes-corporate obligation** | | | | 825.00 |
| Account No. <br><br>**Midway Material handling** <br>**Chicagoland Material handling** <br>**P.O. Box 2091** <br>**Aurora, IL 60507** | | H | **For informational purposes-corporate obligation** | | | | 2,300.00 |
| Account No. <br><br>**Midwest Trailer Repair, Inc.** <br>**1900 West 43rd Street** <br>**Chicago, IL 60609** | | H | **For informational purposes-corporate obligation** | | | | 7,952.00 |
| Account No. <br><br>**Mijennick, Inc.** <br>**P.O. Box 301** <br>**Lockport, IL 60441-0301** | | H | **For informational purposes-corporate obligation** | | | | 345.00 |

Sheet no. __**24**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**211,422.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**                                    Case No. _____
**Marilee F. Williams**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Missouri Great Dane** <br>**404 South Cool Springs Road** <br>**O Fallon, MO 63366** | | H | For informational purposes-corporate obligation | | | | 398.00 |
| Account No. <br><br>**NAPA Auto Parts** <br>**910 East Weber** <br>**Stockton, CA 95202** | | H | For informational purposes-corporate obligation | | | | 3,500.00 |
| Account No. <br><br>**National Waste Services** <br>**c/o AWI Remittance Processing** <br>**P.O. Box 9001154** <br>**Louisville, KY 40290-1154** | | H | For informational purposes-corporate obligation | | | | 757.00 |
| Account No. <br><br>**Network Sales, Inc.** <br>**1160 Clock Tower Pl. #313** <br>**Washington, MO 63090** | | H | For informational purposes-corporate obligation | | | | 2,019.00 |
| Account No. <br><br>**New Life Transport** <br>**P.O. Box 9426** <br>**Grand Rapids, MI 49509** | | H | For informational purposes-corporate obligation | | | | 3,550.00 |

Sheet no. __25__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,224.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __John T. Williams, Jr.,__                                    Case No. _____
          __Marilee F. Williams__
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Newport-West Data Serives, Inc.** <br> **2092 Omega Raod** <br> **Suite J** <br> **San Ramon, CA 94583** | | H | For informational purposes-corporate obligation | | | | 2,000.00 |
| Account No. <br><br> **Nextel** <br> **P.O. Box 54977** <br> **Los Angeles, CA 90054-0977** | | H | For informational purposes-corporate obligation | | | | 4,730.00 |
| Account No. <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568-0001** | | H | For informational purposes-corporate obligation | | | | 4,492.00 |
| Account No. <br><br> **Nisource Company** <br> **P.O. Box 13007** <br> **Merrillville, IN 46411-3007** | | H | For informational purposes-corporate obligation | | | | 4,215.00 |
| Account No. **xxxxx6928** <br><br> **Nordstrom's** <br> **P.O. Box 6566** <br> **Englewood, CO 80155-6566** | | W | Various <br> Credit card purchases | | | | 3,704.35 |

Sheet no. __26__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **19,141.35**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John T. Williams, Jr.,**     Case No. _____
      **Marilee F. Williams**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Norfolk Southern 110 Franklin Road Roanoke, VA 24042-0044** | | H | For informational purposes-corporate obligation | | | | 15,008.00 |
| Account No. **O'Neil Lumber 101 St. Clair Avenue East Saint Louis, IL 62202-0009** | | H | For informational purposes-corporate obligation | | | | 6,981.00 |
| Account No. **Office Depot P.O. Box 9020 Des Moines, IA 50368-9020** | | H | For informational purposes-corporate obligation | | | | 1,282.00 |
| Account No. **Office Max File 42256 Los Angeles, CA 90074-2256** | | H | For informational purposes-corporate obligation | | | | 58.00 |
| Account No. **Osco Incorporated P.O. Box 70 Lemont, IL 60439-0070** | | H | For informational purposes-corporate obligation | | | | 11,970.00 |

Sheet no. __27__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       35,299.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **John T. Williams, Jr.,**
         **Marilee F. Williams**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Overdoors of Illinois, Inc.** 601 Ridge Road Homewood, IL 60430 | | H | | For informational purposes-corporate obligation | | | | 1,220.00 |
| Account No. **Pacific Coast Retreaders** 333 Hegenberger Suite 705 Oakland, CA 94621 | | H | | For informational purposes-corporate obligation | | | | 21,232.00 |
| Account No. **Phillips Industries, Inc.** Commercial Vehicle Products Div. Los Angeles, CA 90084-8746 | | H | | For informational purposes-corporate obligation | | | | 75.00 |
| Account No. **Pitney Bowes, Inc.** P.O. Box 856390 Louisville, KY 40285-5390 | | H | | For informational purposes-corporate obligation | | | | 258.00 |
| Account No. **Plaza Fleet Parts** 311 Marion Street Saint Louis, MO 63104 | | H | | For informational purposes-corporate obligation | | | | 6,915.00 |

Sheet no. __28__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **29,700.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
**Marilee F. Williams**
_____,
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Praxair** **Dept. LA 21511** **Pasadena, CA 91185-1511** | | H | For informational purposes-corporate obligation | | | | 17,194.00 |
| Account No. **Praxair Distribution** **Dept. CH 10660** **Saint Louis, MO 63104** | | H | For informational purposes-corporate obligation | | | | 345.00 |
| Account No. **Puritan Springs** **1709 North Kickapoo** **Lincoln, IL 62656-1366** | | H | For informational purposes-corporate obligation | | | | 82.00 |
| Account No. **Qwest Diagnostics, Inc.** **Business Services** **P.O. Box 856169** **Louisville, KY 40285-6169** | | H | For informational purposes-corporate obligation | | | | 245.67 |
| Account No. **R&R Mobile Washing** **1323 St. Zita lane** **Cahokia, IL 62206** | | H | For informational purposes-corporate obligation | | | | 180.00 |

Sheet no. __29__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,046.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
      **Marilee F. Williams**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ramos Oil Company** <br> **P.O. Box 401** <br> **West Sacramento, CA 95691** | | H | For informational purposes-corporate obligation | | | | 452.00 |
| Account No. <br><br> **Ransey Express** <br> **Rough & Ready Island, Bldg. 618** <br> **Stockton, CA 95203** | | H | For informational purposes-corporate obligation | | | | 380.00 |
| Account No. <br><br> **RPM Automotive, Iinc.** <br> **10112 Pacific Avenue** <br> **Franklin Park, IL 60131** | | H | For informational purposes-corporate obligation | | | | 88.00 |
| Account No. <br><br> **Saf-T-Gard** <br> **135 South LaSalle Street** <br> **Dept. 1545** <br> **Chicago, IL 60674-1545** | | H | For informational purposes-corporate obligation | | | | 309.00 |
| Account No. <br><br> **Safety-Kleen Corp.** <br> **P.O. Box 382066** <br> **Pittsburgh, PA 15250-8066** | | H | For informational purposes-corporate obligation | | | | 942.00 |

Sheet no. __30__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,171.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
         **Marilee F. Williams**                                             Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663-0001** | | H | For informational purposes-corporate obligation | | | | 139.00 |
| Account No.<br><br>**Scopelitis, Garvin, et al.**<br>**10 West Market Street**<br>**Suite 1500**<br>**Indianapolis, IN 46204-2965** | | H | For informational purposes-corporate obligation | | | | 569.00 |
| Account No.<br><br>**Signature Graphics, Inc.**<br>**1000 Signature Drive**<br>**Porter, IN 46304** | | H | For informational purposes-corporate obligation | | | | 389.00 |
| Account No.<br><br>**Silver Eagle Manufacturing Co.**<br>**P.O. Box 6470**<br>**Portland, OR 97228-6470** | | H | For informational purposes-corporate obligation | | | | 512.00 |
| Account No.<br><br>**Sjeryl Leipold, DDS, PC**<br>**15927 South Bell Road**<br>**Homer Glen, IL 60491** | | H | For informational purposes-corporate obligation | | | | 778.34 |

Sheet no. __31__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    2,387.34

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
**Marilee F. Williams**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Southwest Spring** <br> **3863 West Columbus Avenue** <br> **Chicago, IL 60652** | | H | **For informational purposes-corporate obligation** | | | | 120.00 |
| Account No. <br><br> **St. Paul Travelers** <br> **CL & Specialty Remittance Center** <br> **Hartford, CT 06183-1008** | | H | **For informational purposes-corporate obligation** | | | | 54,692.00 |
| Account No. <br><br> **State Board Equalization** <br> **P.O. Box 942808** <br> **Sacramento, CA 94208-0001** | | H | **For informational purposes-corporate obligation** | | | | 4,595.00 |
| Account No. <br><br> **Sterling Commerce** <br> **P.O. Box 73199** <br> **Chicago, IL 60673** | | H | **For informational purposes-corporate obligation** | | | | 517.00 |
| Account No. <br><br> **Sterling Truck Parts Co.** <br> **5001 South Western Avenue** <br> **Chicago, IL 60609** | | H | **For informational purposes-corporate obligation** | | | | 903.00 |

Sheet no. __32__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,827.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **John T. Williams, Jr.,**
    **Marilee F. Williams**
                                              ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stockdale Insurance Company**<br>**P.O. Box 10269**<br>**Bakersfield, CA 93389** | | H | **For informational purposes-corporate obligation** | | | | 27,353.00 |
| Account No.<br><br>**Stockton Scavenger, Inc.**<br>**P.O. Box 78251**<br>**Phoenix, AZ 85062-8251** | | H | **For informational purposes-corporate obligation** | | | | 159.00 |
| Account No.<br><br>**Tank Trailer Cleaning, inc.**<br>**1102 North 1st Street**<br>**East Saint Louis, IL 62201** | | H | **For informational purposes-corporate obligation** | | | | 1,200.00 |
| Account No. xxxxxxxxxxxx1024<br><br>**Target**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459-0317** | | W | **Various**<br>**Credit card purchases** | | | | 2,730.69 |
| Account No.<br><br>**Technical Services**<br>**1881 Paysphere Circle**<br>**Chicago, IL 60674** | | H | **For informational purposes-corporate obligation** | | | | 24,867.00 |

Sheet no. __33__ of __40__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**56,309.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John T. Williams, Jr.,**                                                   Case No. _____
         **Marilee F. Williams**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Telepacific Communications**<br>**P.O. Box 526035**<br>**Sacramento, CA 95852-6035** | | H | **For informational purposes-corporate obligation** | | | | 679.00 |
| Account No.<br><br>**Terminix**<br>**6322 Old Collinsville Raod**<br>**Fairview Heights, IL 62208** | | H | **For informational purposes-corporate obligation** | | | | 30.00 |
| Account No.<br><br>**Textron Financial Corp.**<br>**Commercial Finance Division**<br>**4949 S.W. Meadows Road, #500**<br>**Lake Oswego, OR 97035** | | H | **For informational purposes-corporate obligation** | | | | 1,795,219.00 |
| Account No.<br><br>**The Plus Group**<br>**35116 Eagle Way**<br>**Chicago, IL 60678-1351** | | H | **For informational purposes-corporate obligation** | | | | 335.00 |
| Account No.<br><br>**The Welding Center**<br>**7400 South Central Avenue**<br>**Bedford Park, IL 60638** | | H | **For informational purposes-corporate obligation** | | | | 15,000.00 |

Sheet no. __34__ of __40__ sheets attached to Schedule of          Subtotal          | 1,811,263.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
　　　　**Marilee F. Williams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thieman Tailgates, inc.**<br>**600 East Wayne Street**<br>**Celina, OH 45822** | | H | For informational purposes-corporate obligation | | | | 42,809.00 |
| Account No.<br><br>**Thompson's Gas, Inc.**<br>**1431 North Illinois Street**<br>**Swansea, IL 62226** | | H | For informational purposes-corporate obligation | | | | 893.00 |
| Account No.<br><br>**Tire Management**<br>**481 NE Industrial Drive**<br>**Aurora, IL 60504** | | H | For informational purposes-corporate obligation | | | | 432.00 |
| Account No.<br><br>**Too Many Services**<br>**P.O. Box 039**<br>**National Stock Yards, IL 62071** | | H | For informational purposes-corporate obligation | | | | 1,250.00 |
| Account No.<br><br>**Tools Unlimited**<br>**1941 West Alexis Road**<br>**P.O. Box 5757**<br>**Toledo, OH 43613-0757** | | H | For informational purposes-corporate obligation | | | | 186.00 |

Sheet no. __35__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,570.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
          **Marilee F. Williams**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Total Fire & Safety, inc.**<br>**6808 Hobson Valley Drive, #105**<br>**Woodridge, IL 60517** | | H | | | For informational purposes-corporate obligation | | | | 63.00 |
| Account No.<br><br>**TPU**<br>**7800 West 60th Street**<br>**Summit, IL 60501** | | H | | | For informational purposes-corporate obligation | | | | 4,307.00 |
| Account No.<br><br>**Track in Motion**<br>**2803 East 208th Street**<br>**Carson, CA 90810** | | H | | | For informational purposes-corporate obligation | | | | 4,320.00 |
| Account No.<br><br>**Tractor Trailer**<br>**P.O. Box 796024**<br>**Saint Louis, MO 63179-6000** | | H | | | For informational purposes-corporate obligation | | | | 3,211.00 |
| Account No.<br><br>**Transport Finishes, inc.**<br>**1217 West 171st Street**<br>**Hazel Crest, IL 60429** | | H | | | For informational purposes-corporate obligation | | | | 600.00 |

Sheet no. __36__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,501.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**        Case No. _____
    **Marilee F. Williams**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Transport Publishing Comp.** **500 West Cermak** **Suite 318** **Chicago, IL 60616** | | H | | | | | | | 1,315.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Trudell Trailers** **Box 88899** **Milwaukee, WI 53288-0899** | | H | | | | | | | 4,067.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **U.S. Healthworks Med Group PC** **P.O. Box 79162** **City Of Industry, CA 91716-9162** | | H | | | | | | | 6,600.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **U.S. Trailer Parts & Supply** **4334 South Tripp** **Chicago, IL 60632** | | H | | | | | | | 9,016.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Uni-Bond Lighting & Safety Pro** **1350 Jarvis** **Ferndale, MI 48220** | | H | | | | | | | 6,664.00 |

Sheet no. __37__ of __40__ sheets attached to Schedule of                    Subtotal            27,662.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**    Case No. _____
**Marilee F. Williams**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **United Parcel Service** <br> **Lock Box 577** <br> **Carol Stream, IL 60132-0577** | | H | **For informational purposes-corporate obligation** | | | | 137.00 |
| Account No. <br><br> **Universal Underwriters Group** <br> **1880 Pausphere Circle** <br> **Chicago, IL 60674** | | H | **For informational purposes-corporate obligation** | | | | 26,313.00 |
| Account No. <br><br> **Viking Office Products** <br> **P.O. Box 30488** <br> **Los Angeles, CA 90030-0488** | | H | **For informational purposes-corporate obligation** | | | | 582.00 |
| Account No. **xx1147** <br><br> **Village of Lombard** <br> **P.O. Box 3366** <br> **Oak Brook, IL 60523-3366** | | J | **Various** <br> **Medical services** | | | | 191.72 |
| Account No. <br><br> **Vineland Construction Company** <br> **71 West Park Avenue** <br> **Vineland, NJ 08360** | | H | **For informational purposes-corporate obligation** | | | | 9,510.00 |

Sheet no. __38__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36,733.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
         **Marilee F. Williams**

Case No. _____

                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vision Service Plan** <br> **P.O. Box 60000** <br> **San Francisco, CA 94160-3280** | | H | **For informational purposes-corporate obligation** | | | | 1,143.00 |
| Account No. **xxx3472** <br><br> **Von Maur** <br> **P.O. Box 790298** <br> **Saint Louis, MO 63179-0298** | | W | **Credit card purchases** | | | | 509.78 |
| Account No. <br><br> **Waltco Truck Equipment Co.** <br> **285 Northeast Avenue** <br> **Tallmadge, OH 44278** | | H | **For informational purposes-corporate obligation** | | | | 1,444.00 |
| Account No. <br><br> **Waste management of Illinois-Metro** <br> **P.O. Box 9001054** <br> **Louisville, KY 40290-1054** | | H | **For informational purposes-corporate obligation** | | | | 127.00 |
| Account No. <br><br> **Wells Fargo Card Services** <br> **Platinum VISA** <br> **P.O. Box 30086** <br> **Los Angeles, CA 90030-0086** | | H | **For informational purposes-corporate obligation** | | | | 19,252.14 |

Sheet no. __**39**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,475.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John T. Williams, Jr.,**
      **Marilee F. Williams**                                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wheeler Trailer, Inc.**<br>**Yards Container Pool Div.**<br>**4631 South Racine**<br>**Chicago, IL 60609** | | H | For informational purposes-corporate obligation | | | | 3,078.00 |
| Account No.<br><br>**Whiting Door Mfg. Corp.**<br>**P.O. Box 8000**<br>**Dept. 725**<br>**Buffalo, NY 14267** | | H | For informational purposes-corporate obligation | | | | 498.00 |
| Account No.<br><br>**Withita Southeast Kansas Trans.**<br>**P.O. Box 829**<br>**Parsons, KS 67357** | | H | For informational purposes-corporate obligation | | | | 4,067.00 |
| Account No.<br><br>**Word Processing Industries, Inc.**<br>**4545 North Ravenswood Avenue**<br>**Chicago, IL 60640** | | H | For informational purposes-corporate obligation | | | | 818.00 |
| Account No.<br><br>**Xerox Corporation**<br>**P.O. Box 802555**<br>**Chicago, IL 60680-2555** | | H | For informational purposes-corporate obligation | | | | 180.00 |

Sheet no. __40__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **8,641.00**

Total
(Report on Summary of Schedules)  **4,425,273.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re  **John T. Williams, Jr.,**                                                          Case No. _____
       **Marilee F. Williams**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Honda Finance Corporation**<br>**P.O. Box 5308**<br>**Elgin, IL 60121-5308** | **Debtor is the lessee of a 2006 Honda Odyssey with a maturity date of 10/19/09.** |
| **American Honda Finance Corporation**<br>**P.O. Box 5308**<br>**Elgin, IL 60121-5308** | **The debtor is a co-singer of a lease with RMR Holdings, LLC of a 2007 Honda Pilot EXL with a maturity date of 3/28/10.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **John T. Williams, Jr.,**                                                    Case No. _____
         **Marilee F. Williams**
_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Remare Transportation Corp.**<br>**1148 67th Street**<br>**Downers Grove, IL 60516** | **Capital One**<br>**P.O. Box 6492**<br>**Carol Stream, IL 60197-6492** |
| **Remare Transportation Corp.**<br>**1148 67th Street**<br>**Downers Grove, IL 60516** | **Harbor America Brokerage, Ltd.**<br>**905 North Carlyle Lane**<br>**Arlington Heights, IL 60004** |
| **Remare Transportation Corp.**<br>**1148 67th Street**<br>**Downers Grove, IL 60516** | **Hartney Fuel Oil Co.**<br>**c/o Mark J. Rose**<br>**200 West Adams Street, Suite 2850**<br>**Chicago, IL 60606** |
| **Remare Transportation Corp.**<br>**1148 67th Street**<br>**Downers Grove, IL 60516** | **Albert Moore, Jr.**<br>**d/b/a AFM PRop.**<br>**7667 W. 95th Street, #101**<br>**Hickory Hills, IL 60457** |
| **RMR Holdings, LLC**<br>**1148 67th Street**<br>**Downers Grove, IL 60516** | **James Fiala**<br>**c/o Tressler Soderstrom, et al.**<br>**233 S. Wacker Drive, 22nd Floor**<br>**Chicago, IL 60606** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

| In re | John T. Williams, Jr.<br>Marilee F. Williams | Case No. |
|---|---|---|
| | Debtor(s) | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**13** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Director, Children's Ministry** |
| Name of Employer | **Unemployed** | **First Congregational Church** |
| How long employed | | |
| Address of Employer | **N/A** | **Curtiss Street**<br>**Downers Grove, IL 60515** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 1,040.83 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| | | | | |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,040.83 |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 113.88 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 113.88 |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 926.95 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): **Unemployment compensation** | $ | 2,236.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,236.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,236.00 | $ | 926.95 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 3,162.95 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Husband anticipates finding employment within the next 12 months.**

B6J (Official Form 6J) (12/07)

In re    **John T. Williams, Jr.**
       **Marilee F. Williams**             Case No. _____
                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $   2,801.65 |
|    a. Are real estate taxes included?    Yes __X__    No ___ | | |
|    b. Is property insurance included?    Yes __X__    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | | $   175.00 |
|           b. Water and sewer | | $   45.00 |
|           c. Telephone | | $   190.00 |
|           d. Other | | $   0.00 |
| 3. Home maintenance (repairs and upkeep) | | $   50.00 |
| 4. Food | | $   600.00 |
| 5. Clothing | | $   75.00 |
| 6. Laundry and dry cleaning | | $   0.00 |
| 7. Medical and dental expenses | | $   175.00 |
| 8. Transportation (not including car payments) | | $   200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $   50.00 |
| 10. Charitable contributions | | $   100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | | $   0.00 |
|           b. Life | | $   180.00 |
|           c. Health | | $   0.00 |
|           d. Auto | | $   140.00 |
|           e. Other | | $   0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) | | $   0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | | $   935.00 |
|           b. Other | | $   0.00 |
|           c. Other | | $   0.00 |
| 14. Alimony, maintenance, and support paid to others | | $   0.00 |
| 15. Payments for support of additional dependents not living at your home | | $   0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $   0.00 |
| 17. Other | | $   0.00 |
|     Other | | $   0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $   5,716.65

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | | $   3,162.95 |
| b.    Average monthly expenses from Line 18 above | | $   5,716.65 |
| c.    Monthly net income (a. minus b.) | | $   -2,553.70 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John T. Williams, Jr.**
       **Marilee F. Williams**                                 Case No. _____

                                  Debtor(s)        Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_**56**_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 15, 2009** _____        Signature    **/s/ John T. Williams, Jr.** _____

                                                          **John T. Williams, Jr.**
                                                          Debtor

Date    **September 15, 2009** _____        Signature    **/s/ Marilee F. Williams** _____

                                                          **Marilee F. Williams**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John T. Williams, Jr.**
     **Marilee F. Williams**

                                      Debtor(s)

Case No.

Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$11,739.00** | **2009: Husband, unemployment compensation** |
| **$124,470.00** | **2008: Husband, Remare Transportation Corp.** |
| **$140,399.00** | **2007: Husband, Remare Transportation Corp.** |
| **$8,326.64** | **2009: Wife, First Congregational Church** |
| **$12,490.00** | **2008: Wife, First Congregational Church** |
| **$12,245.00** | **2007: Wife, First Congregational Church** |
| **$511.00** | **2008: Husband, unemployment compensation** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Honda Finance Corporation**<br>**P.O. Box 5308**<br>**Elgin, IL 60121-5308** | **6/9/09, 6/22/09, 7/10/09, 7/20/09 and 8/20/09--automobile lease payments for two cars** | **$3,267.58** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CitiMortgage, Inc. v. John T. Williams, Marilee Williams, et al., Case #2009 CH 003034** | **Mortgage foreclosure** | **Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hartney Fuel Oil Co. v. Remare Transportsation Corporation d/b/a MGM Transportation Services, Charles T. Genoar, Randy C. Schwoeble and Thomas Williams, Case # 08 L 012862** | **Collection; breach of contract** | **Circuit Court of Cook County, Illinois, County Department, Law Division** | **Pending** |
| **Harbor America v. Thomas Williams, et al., Case #08 L 012503** | **Collection; breach of contract** | **Circuit Court of Cook County, Illinois, County Department, Law Division** | **Pending** |
| **James Fiala v. RMR Holdings and Tom Williams; Case # 08 L 12651** | **Breach of contract** | **Circuit Court of Cook County, Illinois, Municipal Department, First District** | **Pending; judgment entered against RMR Holdings on 5/13/09 in the amount of $43,386.05** |
| **Moore v. Remare Transportation Corp. and J. Thomas Williams; Case # 09 MS 145** | **Breach of contract** | **Circuit Court of Cook County, Illinois, Civil Department, S District** | **Pending** |
| **Citibank South Dakota, N.A. v. J. Thomas Williams; Case # 09 AR 2223** | **Breach of contract** | **Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois** | **Pending** |
| **Textron Financial Corporation v. Remare Transportation Corporation, et al., Case #CV 09-010550** | **Breach of contract** | **Circuit Court for the State of Oregon, County of Clackamas** | **Pending** |

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Swanson Martin & Bell LLP 2525 Cabot Drive Suite 204 Lisle, IL 60532** | **9/1/09** | **$2,500.00 for services; $300.00 for costs and expenses** |
| **Money Management International** | **8/31/09** | **$50.00 for credit counseling** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
     the Environmental Law:

|  |  |  |  |
|---|---|---|---|
| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  |  |  |  |
|---|---|---|---|
| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

|  |  |  |
|---|---|---|
| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
     within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

|  | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. |  |  | BEGINNING AND |
|---|---|---|---|---|
| NAME | (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | ENDING DATES |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

|  |  |
|---|---|
| NAME | ADDRESS |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

7

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                     DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                       DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                   NATURE AND PERCENTAGE
NAME AND ADDRESS                       TITLE                    OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                   ADDRESS                             DATE OF WITHDRAWAL

8

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                           TITLE                              DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                              DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                     OF WITHDRAWAL                       OR DESCRIPTION AND
                                                                             VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **September 15, 2009**              Signature   **/s/ John T. Williams, Jr.**
                                                       **John T. Williams, Jr.**
                                                       Debtor


Date   **September 15, 2009**              Signature   **/s/ Marilee F. Williams**
                                                       **Marilee F. Williams**
                                                       Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **John T. Williams, Jr.**
**Marilee F. Williams** _____

Debtor(s)

Case No. _____

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September 15, 2009** _____

Signature **/s/ John T. Williams, Jr.** _____
**John T. Williams, Jr.**
Debtor

Date **September 15, 2009** _____

Signature **/s/ Marilee F. Williams** _____
**Marilee F. Williams**
Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John T. Williams, Jr.**
     **Marilee F. Williams**

                                                                       Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 15, 2009**

                                           **/s/ Charles S. Stahl, Jr.**
                                         **Charles S. Stahl, Jr. 2699915**
                                         **Swanson Martin & Bell LLP**
                                         **2525 Cabot Drive**
                                         **Suite 204**
                                         **Lisle, IL 60532**
                                         **630-799-6900  Fax: 630-799-6901**
                                         **cstahl@smbtrials.com**

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)                                                                                                    Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Charles S. Stahl, Jr. 2699915 | X /s/ Charles S. Stahl, Jr. | September 15, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**2525 Cabot Drive
Suite 204
Lisle, IL 60532
630-799-6900
cstahl@smbtrials.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **John T. Williams, Jr.
Marilee F. Williams** | X /s/ John T. Williams, Jr. | September 15, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | X /s/ Marilee F. Williams | September 15, 2009 |
| Case No. (if known) | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John T. Williams, Jr.**
**Marilee F. Williams**

Debtor(s)

Case No.
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **224**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 15, 2009**       **/s/ John T. Williams, Jr.**
                                    **John T. Williams, Jr.**
                                    Signature of Debtor

Date:  **September 15, 2009**       **/s/ Marilee F. Williams**
                                    **Marilee F. Williams**
                                    Signature of Debtor

A&S Steel Slecialties, Inc.
1001 Clinton Street
P.O. Box 97
Lockport, IL 60441


Adelphi Capital, LLC
1054 31st Street NW
Suite 306
Washington, DC 20007


ADT Security Systems
1151 Southpoint Circle
Suite E
Valparaiso, IN 46385


Advanced Trailer Sales & Service
2101 East Charter Way
Stockton, CA 95205


Aeropure Water
4203 Coronado Avenue
Suite 2
Stockton, CA 95204


Ajax Waste Services
P.O. Box 2102
Joliet, IL 60434


Albert Moore, Jr.
d/b/a AFM PRop.
7667 W. 95th Street, #101
Hickory Hills, IL 60457


Allegiance Telecom, Inc.
9101 N. Central Expressway
Box 100
Dallas, TX 75231


Ameren UE
P.O. Box 66886
Saint Louis, MO 63166


American Coradius International LLC
2420 Sweet Home Road
Suite 150
Amherst, NY 14228-2244

American Honda Finance Corporation
P.O. Box 5308
Elgin, IL 60121-5308


American Industrial
2221 West Oakdale Avenue
Chicago, IL 60618


American Medical Collection Agency
2269 S. Saqw Mill Rivwer Rd., #3
Elmsford, NY 10523


Ancra International
4880 West Rose Crans
Hawthorne, CA 90250


AT&T
P.O. Box 9001310
Louisville, KY 40290-1313


Aurora Parts & Accessories
P.O. Box 90399
Chicago, IL 60696-0399


Avaya
P.O. Box 73061
Chicago, IL 60673-3061


Avaya, Inc.
P.O. Box 5125
Carol Stream, IL 60197-5125


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America
P.O. Box 628
Buffalo, NY 14240-0628


Bank of America
FIA Card Services

Bay City Leasing
P.O. Box 74699
Chicago, IL 60675-4699


Bay Tree Finance Co.
9 Market Square Court
P.O. Box 230
Lake Forest, IL 60045-0230


Bette's Legs, Inc.
892 Country Club Lane
Waterloo, IL 62298


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


Bluecross/Blueshield Illinois
Healthcare Service Corp.
P.O. Box 1186
Chicago, IL 60690-1186


Buffers USA, Inc.
P.O. Box 351581
Jacksonville, FL 32235-1581


Cal. Labor Law Poster Service
422 Elmwood Drive
#14
Lansing, MI 48917-2460


Canon
P.O. Box 514637
Los Angeles, CA 90051-4637


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Cardlock Fuels
P.O. Box 14014
Orange, CA 92863-4014

Chase
P.O. Box 15325
Wilmington, DE 19886-5325


Chase
301 North Walnut Street
Wilmington, DE 19801


Chase Bank USA, N.A.
P.O. Box 15153
Wilmington, DE 19886-5153


Chicago Bandag, Inc.
425 Fenton Lane
West Chicago, IL 60185


Chicago Dept. of Revenue
121 N. LaSalle, Room 107
Chicago, IL 60602


Chicago Tire
16001 South Van Drunen Road
South Holland, IL 60473


Chicagoland Truck Parts
4657 West 47th Street
Chicago, IL 60632


Cintas Corporation
1877 Industrial Drive
Stockton, CA 95206


Cintas Corporation
6200Olive Boulevard
University City, MO 63130


Cintas Corporation
P.O. Box 5
Bedford Park, IL 60499-0005


Citibank South Dakota N.A.
P.O. Box 688915
Des Moines, IA 50363

CitiMortgage, Inc.
P.O. Box 9438
Gaithersburg, MD 20898-9438


City International Truck, Inc.
4655 South Central Avenue
Chicago, IL 60638


City of Chicago Dept. Revenue
P.O. Box 88298
Chicago, IL 60680-1298


Clutch & Brake Xchange
P.O. Box 8401
Stockton, CA 95208


CMF Service, Inc.
10301 South Tripp Avenue
Oak Lawn, IL 60453


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Cox, Hodgman & Giarmasrco
101 West Big Beaver Road
10th Floor Columbia Center
Troy, MI 48084-5280


Credit Protection Association L.P.
13355 Noel Road
Dallas, TX 75240


Creditors Exchange
80 Holtz Drive
Buffalo, NY 14225


Crosstown
5212 South Archer Aveue
Chicago, IL 60632


Custom Global Logistics
36968 Eagle Way
Chicago, IL 60678-1369

Custom Transport, Inc.
P.O. Box 94338
Chicago, IL 60678-4338

Dameron Hospital
525 West Acacia Street
Stockton, CA 95003

Delta Dental
Client Services-South
P.O. Box 44460
Hickory Hills, IL 60457

Delta Mark
11 Shoshoni Way
Branchburg, NJ 08876

Delta Protective Services
709 North Center Street
Suite J
Stockton, CA 95202

Des Plaines Office Equipment
1020 Bonaventure Drive
Elk Grove Village, IL 60007

Distinctive Business Products
P.O. Box 5940
Lockbox #20-COE 001
Carol Stream, IL 60197-5940

Douglas Truck Parts
1640 South State Street
Chicago, IL 60616-1214

DuPage Emg. Phy. Conv. Care
c/o Medical Business Bureau, LLC
1175 Devin Drive, Suite 173
Norton Shores, MI 49441

East Penn
2427 Braga Drive
Broadview, IL 60155-3941

Endodontic & Periodontic Assoc.
14640 South John Humphrey Drive
Suite 203
Orland Park, IL 60462


Erkert Bros.
8327 South Chicago Avenue
Chicago, IL 60617


Fastenal
P.O. Box 978
Winona, MN 55987-0978


Fedex Freight East
4103 Collection Center Drive
Chicago, IL 60693


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Fleet Engineers
1800 East Keating Avenue
Muskegon, MI 49442


Fleet Pride
P.O. Box 847118
Dallas, TX 75284-7118


Fleetcor Technologies
P.O. Box 11407
Birmingham, AL 35246-0980


Forest View Properties, LLC
Malet Realty, Ltd.
900 West Jackson
Chicago, IL 60607


Freeway Ford
8445 West 45th Street
Lyons, IL 60534


Gallo Equipment
11835 South Avenue O
Chicago, IL 60617

GE  Money
P.O. Box 960061
Orlando, FL 32896-0061


GE Money Bank/Men's Warehouse
P.O. Box 530942
Atlanta, GA 30353-0942


Globetech
2700 Needmore Road
Dayton, OH 45414


Golden Eagle Spotting
P.O. Box 931
Hannibal, MO 63401-9553


Gordon Bros.
1340 West 43rd Street
Chicago, IL 60609


Grainger Industrial Supply
6450 South Austin
Chicago, IL 60638


Graphics 2000, Inc.
210 West 22nd Street
#126
Oak Brook, IL 60523


Harbor America Brokerage, Ltd.
905 North Carlyle Lane
Arlington Heights, IL 60004


Harbor America Brokerage, Ltd.
16017 North Florida Avenue
Lutz, FL 33549


Hartney Fuel Oil Co.
c/o Mark J. Rose
200 West Adams Street, Suite 2850
Chicago, IL 60606


Hauselman, Rappin & Olswang, Ltd.
39 South LaSalle Street
Chicago, IL 60603

HD Distribution Co.
2600 Industrial Boulevard
West Sacramento, CA 95691


Holland & Knight
131 South Dearborn Street
30th Floor
Chicago, IL 60603


Home Depot
P.O. Box 9903
Macon, GA 31297-9903


Home Depot-CA
P.O. Box 6029
The Lakes, NV 88901


Horizon Distributors, inc.
1890 Chrysler Drive
Belvidere, IL 61008


Huck Bouma, et al.
1755 South Naperville Road
Suite 200
Wheaton, IL 60187


Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214


Idealease of Stockton, Inc.
P.O. Box 6579
Stockton, CA 95206


IKON Office Solutions
Central District
P.O. Box 802566
Chicago, IL 60680-2566


Illiana Disposal & Recycling
P.O. Box 848
Crown Point, IN 46308-0848

Illinois American Water
P.O. Box 2569
Decatur, IL 62525-2569


Illinois Department of Revenue
Lien Unit
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Dept of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001


Initial Security
P.O. Box 4653
Hinsdale, IL 60522-4653


Interstate Battery of Chicago
16220 Crawford
Tinley Park, IL 60478


IOS Capital
P.O. Box 650016
Dallas, TX 75265-0016


J.C. Penney Mastercard
P.O. Box 960090
Orlando, FL 32896-0090


James Fiala
c/o Tressler Soderstrom, et al.
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606


Jani King of Illinois, inc.
1701 East Woodfield Road
#1100
Schaumburg, IL 60173-5131


Jernberg Law Group, LLC
905 North Carlyle Lane
Arlington Heights, IL 60004

Jiffy Lube
AFMS P.O. Box 1610
Ellicott City, MD 21041-1610


Johnson Electric
405 West Manila Road
Lathrop, CA 95330


Jordan Promotions
16520 Churchview Drive
Orland Park, IL 60467


Kaiser Foundation Health Plan
P.O. Box 60000
San Francisco, CA 94160-3030


Kathryn P. Salyer
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, OR 97204-3136


Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983


Kragen Auto Parts/CSK Auto
75 Remittance Drive
Suite 1571
Chicago, IL 60675-1571


Kusper & Raucci
30 North LaSalle Street
Suite 2400
Chicago, IL 60602


Kwik Lok Company
7340 Dorr Street
Toledo, OH 43615


L.A. Fasteners
P.O. Box 1048
Saint Charles, IL 60174-7048

Lesco Design & Manufacturing
Section 311
Louisville, KY 40289


Liberty Sales and Leasing LLC
3111 West 167th Street
Hazel Crest, IL 60429


Local No. 701 Pension Funds
500 West Plainfield Avenue
Countryside, IL 60525


LTT Trailers, Inc.
Lupep's Truck and Trailer
P.O. Box 1400
Ceres, CA 95307


MacNeal Occ Health Service
135 South LaSalle Street
Dept. 2393
Chicago, IL 60674-2393


Macy's
111 Boulder Industrial Drive
Bridgeton, MO 63044


Macy's
P.O. Box 689195
Des Moines, IA 50368-9195


Macy's
P.O. Box 689195
Des Moines, IA 50368-9095


Mandal Truck & Trailer
P.O. Box 116
Lathrop, CA 95330


Mann Bracken LLP
2727 Paces Ferry Road
One Paces West, Suite 1400
Atlanta, GA 30339

Manus Products, Inc.
866 Industrial Boulevard West
Waconia, MN 55387


McGriff Intermodal
P.O. Box 1148
Cullman, AL 35056-1148


MCI Neighborhood
Denver, CO 80217-0890


McLeod USA
P.O. Box 3243
Milwaukee, WI 53201-3243


Metlife
P.O. Box 804466
Kansas City, MO 64180


Metro Water Reclamation District
Treaurer's Office
100 East Erie Street
Chicago, IL 60611


Metropolitan Life Insurance Company
Group Dental Claims
P.O. Box 981282
El Paso, TX 79998-1282


Michael & Maribeth Sleepeck
1602 Burr Ridge Club Drive
Burr Ridge, IL 60527


Michael Cernauske
143 Avon Road
Elmhurst, IL 60126


Midway Material handling
Chicagoland Material handling
P.O. Box 2091
Aurora, IL 60507

Midwest Trailer Repair, Inc.
1900 West 43rd Street
Chicago, IL 60609


Mijennick, Inc.
P.O. Box 301
Lockport, IL 60441-0301


Missouri Great Dane
404 South Cool Springs Road
O Fallon, MO 63366


NAPA Auto Parts
910 East Weber
Stockton, CA 95202


National Waste Services
c/o AWI Remittance Processing
P.O. Box 9001154
Louisville, KY 40290-1154


NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047


NCC Business Services, Inc.
3733 University Boulevard W
Suite 300
Jacksonville, FL 32217


Network Sales, Inc.
1160 Clock Tower Pl. #313
Washington, MO 63090


New Life Transport
P.O. Box 9426
Grand Rapids, MI 49509


Newport-West Data Serives, Inc.
2092 Omega Raod
Suite J
San Ramon, CA 94583

Nextel
P.O. Box 54977
Los Angeles, CA 90054-0977


Nicor
P.O. Box 416
Aurora, IL 60568-0001


Nisource Company
P.O. Box 13007
Merrillville, IN 46411-3007


Nordstrom's
P.O. Box 6566
Englewood, CO 80155-6566


Norfolk Southern
110 Franklin Road
Roanoke, VA 24042-0044


O'Neil Lumber
101 St. Clair Avenue
East Saint Louis, IL 62202-0009


Office Depot
P.O. Box 9020
Des Moines, IA 50368-9020


Office Max
File 42256
Los Angeles, CA 90074-2256


Osco Incorporated
P.O. Box 70
Lemont, IL 60439-0070


Overdoors of Illinois, Inc.
601 Ridge Road
Homewood, IL 60430


Pacific Coast Retreaders
333 Hegenberger
Suite 705
Oakland, CA 94621

Phillips Industries, Inc.
Commercial Vehicle Products Div.
Los Angeles, CA 90084-8746


Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY 40285-5390


Plaza Fleet Parts
311 Marion Street
Saint Louis, MO 63104


Praxair
Dept. LA 21511
Pasadena, CA 91185-1511


Praxair Distribution
Dept. CH 10660
Saint Louis, MO 63104


Puritan Springs
1709 North Kickapoo
Lincoln, IL 62656-1366


Qwest Diagnostics, Inc.
Business Services
P.O. Box 856169
Louisville, KY 40285-6169


R&R Mobile Washing
1323 St. Zita lane
Cahokia, IL 62206


Ramos Oil Company
P.O. Box 401
West Sacramento, CA 95691


Ransey Express
Rough & Ready Island, Bldg. 618
Stockton, CA 95203


Remare Transportation Corp.
1148 67th Street
Downers Grove, IL 60516

RMR Holdings, LLC
1148 67th Street
Downers Grove, IL 60516


RPM Automotive, Iinc.
10112 Pacific Avenue
Franklin Park, IL 60131


Saf-T-Gard
135 South LaSalle Street
Dept. 1545
Chicago, IL 60674-1545


Safety-Kleen Corp.
P.O. Box 382066
Pittsburgh, PA 15250-8066


SBC
Bill Payment Center
Chicago, IL 60663-0001


Scopelitis, Garvin, et al.
10 West Market Street
Suite 1500
Indianapolis, IN 46204-2965


Signature Graphics, Inc.
1000 Signature Drive
Porter, IN 46304


Silver Eagle Manufacturing Co.
P.O. Box 6470
Portland, OR 97228-6470


Sjeryl Leipold, DDS, PC
15927 South Bell Road
Homer Glen, IL 60491


Southwest Spring
3863 West Columbus Avenue
Chicago, IL 60652


St. Paul Travelers
CL & Specialty Remittance Center
Hartford, CT 06183-1008

State Board Equalization
P.O. Box 942808
Sacramento, CA 94208-0001


Sterling Commerce
P.O. Box 73199
Chicago, IL 60673


Sterling Truck Parts Co.
5001 South Western Avenue
Chicago, IL 60609


Steven F. McDowell
Arnold and Kadjan
19 West Jackson Boulevard
Chicago, IL 60604-3958


Stockdale Insurance Company
P.O. Box 10269
Bakersfield, CA 93389


Stockton Scavenger, Inc.
P.O. Box 78251
Phoenix, AZ 85062-8251


Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100


Tank Trailer Cleaning, inc.
1102 North 1st Street
East Saint Louis, IL 62201


Target
P.O. Box 59317
Minneapolis, MN 55459-0317


Technical Services
1881 Paysphere Circle
Chicago, IL 60674


Telepacific Communications
P.O. Box 526035
Sacramento, CA 95852-6035

Terminix
6322 Old Collinsville Raod
Fairview Heights, IL 62208


Textron Financial Corp.
Commercial Finance Division
4949 S.W. Meadows Road, #500
Lake Oswego, OR 97035


The Plus Group
35116 Eagle Way
Chicago, IL 60678-1351


The Welding Center
7400 South Central Avenue
Bedford Park, IL 60638


Thieman Tailgates, inc.
600 East Wayne Street
Celina, OH 45822


Thompson's Gas, Inc.
1431 North Illinois Street
Swansea, IL 62226


Tire Management
481 NE Industrial Drive
Aurora, IL 60504


Too Many Services
P.O. Box 039
National Stock Yards, IL 62071


Tools Unlimited
1941 West Alexis Road
P.O. Box 5757
Toledo, OH 43613-0757


Total Fire & Safety, inc.
6808 Hobson Valley Drive, #105
Woodridge, IL 60517


TPU
7800 West 60th Street
Summit, IL 60501

Track in Motion
2803 East 208th Street
Carson, CA 90810


Tractor Trailer
P.O. Box 796024
Saint Louis, MO 63179-6000


Transport Finishes, inc.
1217 West 171st Street
Hazel Crest, IL 60429


Transport Publishing Comp.
500 West Cermak
Suite 318
Chicago, IL 60616


Trudell Trailers
Box 88899
Milwaukee, WI 53288-0899


U.S. Healthworks Med Group PC
P.O. Box 79162
City Of Industry, CA 91716-9162


U.S. Trailer Parts & Supply
4334 South Tripp
Chicago, IL 60632


Uni-Bond Lighting & Safety Pro
1350 Jarvis
Ferndale, MI 48220


United Parcel Service
Lock Box 577
Carol Stream, IL 60132-0577


Universal Underwriters Group
1880 Pausphere Circle
Chicago, IL 60674


Viking Office Products
P.O. Box 30488
Los Angeles, CA 90030-0488

Village of Lombard
P.O. Box 3366
Oak Brook, IL 60523-3366


Vineland Construction Company
71 West Park Avenue
Vineland, NJ 08360


Vision Service Plan
P.O. Box 60000
San Francisco, CA 94160-3280


Von Maur
P.O. Box 790298
Saint Louis, MO 63179-0298


Waltco Truck Equipment Co.
285 Northeast Avenue
Tallmadge, OH 44278


Waste management of Illinois-Metro
P.O. Box 9001054
Louisville, KY 40290-1054


Wells Fargo Card Services
Platinum VISA
P.O. Box 30086
Los Angeles, CA 90030-0086


Wheeler Trailer, Inc.
Yards Container Pool Div.
4631 South Racine
Chicago, IL 60609


Whiting Door Mfg. Corp.
P.O. Box 8000
Dept. 725
Buffalo, NY 14267


William J. White
Davenport & White
7667 W. 95th Street, Suite 101
Hickory Hills, IL 60457

Withita Southeast Kansas Trans.
P.O. Box 829
Parsons, KS 67357


Word Processing Industries, Inc.
4545 North Ravenswood Avenue
Chicago, IL 60640


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555